FILED
CLERK, U.S. DISTRICT COURT

August 17, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___TS___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JUAN GUTIERREZ,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>LOS ANGELES COUNTY SHERIFF et al.,<br><br>　　　　Defendant. | No. CV 14-08296-ODW (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, the records on file, and the Report and Recommendation of the assigned United States Magistrate Judge. Plaintiff has not filed any written objections to the report.

　　　IT IS HEREBY ORDERED that:

　　　1.　　The Report and Recommendation is approved and accepted.

///
///
///
///
///

2. Plaintiff's Second Amended Complaint is dismissed without leave to amend.

3. Judgment shall be entered dismissing this case with prejudice.

Dated: August 14, 2015

*[signature]*

_____
OTIS D. WRIGHT II
United States District Judge

2