JS-6

FILED
CLERK, U.S. DISTRICT COURT

August 17, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___TS___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JUAN GUTIERREZ, | No. CV 14-08296-ODW (DFM) |
| Plaintiff, | JUDGMENT |
| v. | |
| LOS ANGELES COUNTY SHERIFF et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: August 14, 2015

*/s/ Otis D. Wright*

OTIS D. WRIGHT II
United States District Judge